IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY GONZALES,** | CIV S-07-2435 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT A. HOREL, et al.,** | |
| Respondents. | |

On December 31, 2007, respondents requested an enlargement of time to file a response to Petitioner's Petition for Writ of Habeas Corpus. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Respondents' answer to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 1, 2008.

DATED: January 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/gonz2435.111